UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-23017-CIV-MORENO

SOLOMON DAVID ROBERTS,

    Petitioner,

vs.

JAMES R. McDONOUGH,

    Respondent.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Solomon David Roberts' Petition for a Writ of Habeas Corpus by a Person in State Custody **(D.E. No. 1)**, filed on **November 20, 2007**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 34)** on **June 19, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 34)** on **June 19, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    This petition for writ of habeas corpus is **DISMISSED** for failure of the petitioner to obtain from the Eleventh Circuit Court of Appeals the authorization required by 28

CLOSED CIVIL CASE

U.S.C. § 2244(b)(3) with regard to the challenges to his convictions and,

**DISMISSED** as untimely filed pursuant to 28 U.S.C. § 2244(d)(1)-(2) with regard to his sentences.

(2)   Petitioner's Objection to the Magistrate's Report and Recommendation, **(D.E. No. 35)**, filed on **July 7, 2008**, is **OVERRULED**.

(3)   Petitioner's Motion for an Evidentiary Hearing **(D.E. No. 36)**, and Petitioner's Motion for Leave to File Supplemental Authority to Objection to Magistrate's Report and Recommendation **(D.E. No. 37)**, both filed on **July 10, 2008** are **DENIED** as moot.

(4)   This case is now **CLOSED**, and all pending motions are denied as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Patrick A. White

Solomon David Roberts, Pro Se
DC #066691
Martin Correction Institution
1150 SW Allapattah Road
Indiantown, FL 34956